IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR372 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| FRANCISCO OCHOA-NARAVILLA, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Further Motion to Continue Hearing for Plea [19]. Good cause being shown, the motion will be granted, and the previously scheduled Change of Plea hearing will be continued.

IT IS ORDERED that the Further Motion to Continue Hearing for Plea [19] is granted. The Change of Plea hearing is continued to **February 27, 2008** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **January 18, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 23rd day of January, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge